RECEIVED IN
The Court of Appeals
Sixth District

MAR 0 9 2015

Texarkana, Texas
Debra Autrey, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 17 2015

Abel Acosta, Clerk

# IN THE SIXTH COURT of Appeals
## TEXARKANA DISTRICT OF TEXAS

| | | |
|---|---|---|
| MARISOL PRIEGO | § | |
| Appellant | | |
| V. | § | CASE No. 06-14-00008-CR |
| THE STATE OF TEXAS | § | |
| Appellee | § | |

FILED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

## MOTION FOR EXTENTION TO FILE [PRO-SE] PETION FOR DISCRETIONARY REVIEW

I, Marisol Priego, am the Appellant in the above and styled case, I am also filing the Petition for Discretionary Review pro-se. I am currently incarcerated in the TEXAS Department of Criminal Justice Correctional Institutional Division, LANE MURRAY UNIT located in Coryell County, Texas, 1916 N. Hwy 36/Bypass, Gatesville, TX 76596.

I respectfully request a (30) thirty day extention to file the P.D.R. The current due date is 30 days from Febuary 13, 2015 which is on or about the 14th day of March, 2015. Granting a one time extention of 30 days will give new deadline.

of being on or about April 13, 2015. Reason for needing an extension are:
① filing Pro-se
② have to research and request law library time

PRAYER

Petitioner Prays the court will grant the Motion for extension in filing (Pro-se)Petition for Discretionary Review.

Executed on this the 2 day of March 2015.

Submitted by

Maribel Priego
Signature of /Pro-se Petitioner

Inmate Declaration

I, Marisol Priego, declare under penalty of perjury swear the foregoing statements are true and correct

Signed on this the 2 day of March 2015

Marisol Priego
Signature Pro-se Petitioner